IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                Cr. No. 5:03CR50036-001

JACINTO ARAUJO-BARROSO,
    DEFENDANT.

## ORDER FOR REMISSION OF FINE

Now on this 23rd day of May, 2006, comes on to be considered the Government's Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On March 12, 2004, Defendant was sentenced to eighteen months incarceration, three years supervised release, a $500.00 fine and a $100.00 special assessment.

2. The Government moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

Upon petition of the Government showing that reasonable efforts to collect a fine...
are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on November 24, 2004, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

                                                           /s/Jimm Larry Hendren
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE